JUDGE GRIESA

```
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :    INDICTMENT
                                    :
          - v. -                    :    10 Cr.
                                    :
PASCQUAL DE LA CRUZ PEGUERO,        :
     a/k/a "Pasqual De La           :
     Cruz Peguero,"                 :
     a/k/a "Pasqual Martinez,"      :
     a/k/a "Pascual Antonio De      :
     La Cruz Peguero,"              :
     a/k/a "Pascual De              :
     La Cruz Peguero,"              :
     a/k/a "Jose Pasqual De La      :
     Cruz,"                         :
                                    :
               Defendant.           :
- - - - - - - - - - - - - - - - - - x
```



10 CRIM 070

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED:

COUNT ONE

The Grand Jury charges:

From at least on or about January 12, 2009, in the Southern District of New York and elsewhere, PASCQUAL DE LA CRUZ PEGUERO, a/k/a "Pasqual De La Cruz Peguero," a/k/a "Pasqual Martinez," a/k/a "Pascual Antonio De La Cruz Peguero," a/k/a "Pascual De La Cruz Peguero," a/k/a "Jose Pasqual De La Cruz," being an alien, after having been removed from the United States on or about February 2, 2004, unlawfully did enter and was found in the United States, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission, and did so subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction

on or about June 5, 1997 in Westchester County Court, New York State, of Criminal Possession of a Controlled Substance in the third degree with Intent To Sell, in violation of New York Penal Law Section 220.16(1), a Class B Felony.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

PASCQUAL DE LA CRUZ PEGUERO,

a/k/a "Pasqual De La Cruz Peguero,"
a/k/a "Pasqual Martinez,"
a/k/a "Pascual Antonio De La Cruz Peguero,"
a/k/a "Pascual De La Cruz Peguero,"
a/k/a "Jose Pasqual De La Cruz,"

Defendant.

---

**INDICTMENT**

10 Cr.

(8 U.S.C. §§ 1326(a) & (b)(2).)

PREET BHARARA
United States Attorney.

A TRUE BILL

Foreperson.

---

1/27/10
MB
Filed indictment. Case assigned to Judge Griesa. ... Ellis, U.S.M.J.